## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERBER SANDOVAL, et al.** | * |
| **Plaintiffs** | * |
| v. | * |
| **JOHNSON'S LANDSCAPING SERVICE, INC., et al.** | *   Civil Action No.: 1:15-cv-01561 |
| | * |
| **Defendants** | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SETTLEMENT

Defendants Johnson's Landscaping Service, Inc., Johnson's Landscaping Service, Limited Liability Company, James H. Johnson, III a/k/a James H. Johnson, James C. Johnson, Charles L. Johnson, and Matthew T. Johnson, by their attorneys FERGUSON, SCHETELICH & BALLEW, P.A. and Michael K. Hourigan, and Plaintiffs Gerber Sandoval, Jose A. Mercado Lopez, and Jesus J. Chavez, by their attorneys LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC and Justin Zelikovitz, hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled.  The parties are in the process of preparing the Settlement Agreement and General Agreement, and anticipate that the parties will be filing a Joint Motion to approve the Settlement Agreement within seven (7) days of the submission of this Notice of Settlement.

Respectfully submitted,

FERGUSON, SCHETELICH & BALLEW, P.A.

By: /s/ Michael K. Hourigan
Michael K. Hourigan, # 25938
100 South Charles Street, Suite 1401
Baltimore, MD 21201-2725
Phone: (410) 837-2200
Fax: (410) 837-1188
mhourigan@fsb-law.com
*Attorneys for Defendants*

LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC

By: /s/ Justin Zelikovitz – w/authority
Justin Zelikovitz, # 986001
519 H Street, NW
Washington, DC  20001
Phone: (202) 803-6081
Fax: (202) 683-6102
justin@dcwagelaw.com
*Attorneys for Plaintiffs*