## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERBAL SANDOVAL, et al.** | * |
|     **Plaintiffs** | * |
| **v.** | * |
| **JOHNSON'S LANDSCAPING SERVICE, INC., et al.** | *    Civil Action No.: 1:15-cv-01561 |
| | * |
|     **Defendants** | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

UPON CONSIDERATION of the Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice of Plaintiffs Gerbal Sandoval, Jose A. Mercado Lopez, and Jesus J. Chavez and Defendants Johnson's Landscaping Service, Inc., Johnson's Landscaping Service, Limited Liability Company, James H. Johnson, III a/k/a James H. Johnson, James C. Johnson, Charles L. Johnson, and Matthew T. Johnson (hereinafter collectively, the "Parties"), it is hereby:

**ORDERED,** that the Joint Motion be, and the same hereby is, granted; and it is further

**ORDERED,** that the Parties' Settlement Agreement and General Release be, and the same hereby is, approved; and it is further

**ORDERED,** that this case be, and the same hereby is, dismissed with prejudice.  .

_____
Judge
United States District Court for the District of Columbia