**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GERBER SANDOVAL, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:   15-1561 (RC) |
| | : | |
| v. | : | Re Document No.:   11 |
| | : | |
| JOHNSON'S LANDSCAPING SERVICE, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### GRANTING THE PARTIES' JOINT MOTION FOR APPROVAL OF SETTLEMENT AND FOR DISMISSAL WITH PREJUDICE

Upon Consideration of the Parties' Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice of Plaintiffs Gerber Sandoval, Jose A. Mercado Lopez, and Jesus J. Chavez (collectively, "Plaintiffs") and Defendants Johnson's Landscaping Service, Inc., Johnson's Landscaping Service, Limited Liability Company, James H. Johnson, III a/k/a James H. Johnson, James C. Johnson, Charles L. Johnson, and Matthew T. Johnson, *see* ECF No. 11, it is hereby:

**ORDERED** that the Joint Motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that the Parties' Settlement Agreement and General Release, which has been reviewed *in camera*, be, and the same hereby is, approved; and it is

**FURTHER ORDERED** that this case be, and the same hereby is, dismissed with prejudice with respect to Plaintiffs' claims brought on their own behalf. Any claims brought by Plaintiffs on behalf of others, either as a collective action or as a class action, are dismissed without prejudice.

**SO ORDERED**.

Dated:  December 3, 2015 　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge